MANDATE

03-00181
USDC/RI
Torres, J.

# United States Court of Appeals

## For the First Circuit

No. 04-1435

LEROY S. OLNEY,

Petitioner, Appellant,

v.

A. T. WALL, DIRECTOR OF THE
RHODE ISLAND DEPARTMENT OF CORRECTIONS,

Respondent, Appellee.

Before

Lynch, Circuit Judge,
Campbell, Senior Circuit Judge,
and Lipez, Circuit Judge.

JUDGMENT

Entered: October 26, 2005

Pro se Petitioner Leroy Olney requests a certificate of appealability (COA) from the district court's dismissal, without prejudice, of his writ of habeas corpus under 28 U.S.C. §2254. To the extent the habeas complaint concerns his state court-appointed counsels' long neglect of his post-conviction appeal, petitioner cannot make a "substantial showing of the denial of a constitutional right." 28 U.S.C. §2253(c)(2). There is no federal constitutional entitlement to court-appointed counsel in pursuing post-conviction relief, regardless of his state law-based entitlement to such counsel. Pennsylvania v. Finley, 481 U.S. 551 (1987); 28 U.S.C. §2254(i).

To the extent the habeas petition challenges his conviction, the district court did not err by ultimately dismissing without prejudice these claims for failure to exhaust state remedies in light of the progress recently made in state court on petitioner's post-conviction application.

Accordingly, Petitioner's request for a COA is denied and his appeal is terminated.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________________
Chief Deputy Clerk.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

alt
**Deputy Clerk**

**Date:** 11/18/05

[cc: Leroy S. Olney, Aaron L. Weisman, AAG]